```
Form 27 - GENERAL PURPOSE
            MAYERSON & ASSOCIATES
            ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK  COUNTY
-----------------------------------------------------
                                                        Index No. 07 CIV 9538
T.K.AND S.K.ON BEHALF OF L.K.            plaintiff
                                                        Date Filed  . . . . . . . . . . . .
            - against -
                                                        Office No.
NEW YORK CITY DEPARTMENT OF              defendant
EDUCATION                                               Court Date:    /  /
-----------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
```

**JOEL GOLUB**       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **29th  day of October, 2007**        at  **03:25 PM.,**                       at
   **%MICHAEL A.CARDOZO ESQ, C.N.Y.LAW DEPT.**
   **100 CHURCH ST,4TH FL.NEW YORK, NY 10007**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **TAMEKIA MENDES GAMMON, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
         SEX: **FEMALE**        COLOR: **BLACK**         HAIR: **BLACK**
         APP. AGE: **27**       APP. HT: **5:7**         APP. WT: **125**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
30th  day of  October, 2007n

SAMSON NEWMAN                              JOEL GOLUB   701893
Notary Public, State of New York           AETNA CENTRAL JUDICIAL SERVICES
   No.01NE-4783767                         225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY               NEW YORK, NY, 10007
Commission Expires 11/03/2009              Reference No: 7MA788715